UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JON HUMES, | No. 2:18-cv-0426 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| HARMON, et al., | |
| Defendants. | |

Plaintiff seeks leave to amend and has submitted a proposed amended complaint. However, plaintiff has not established good cause for leave to amend as he is required to do under Rule 15 of the Federal Rules of Civil Procedure. Accordingly, the motion for leave to amend (ECF No. 21) is denied and the amended complaint (ECF No. 22) is stricken.

Dated: July 3, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hume0426.lta