UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>        Plaintiff,<br><br>    v.<br><br>HARMON, et al.,<br><br>        Defendants. | No. 2:18-cv-0426 JAM CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion asking that the court compel defendant Harmon to provide plaintiff with "the names of the three Sacramento County Sheriff Dep't detectives that were with him, as they entered my bedroom and arrested me on 2-22-17." However, plaintiff does not indicate he sought such information from defendant Harmon in discovery. See Federal Rule of Civil Procedure 37. Accordingly, plaintiff's motion will be denied.

Plaintiff also seeks leave to amend his complaint. That request will be denied without prejudice. Because the court must screen all pleadings pursuant to 28 U.S.C. § 1915A, the court cannot grant leave to amend without reviewing the amended complaint. Plaintiff may refile his motion to amend, if he wishes, but the motion must include his proposed amended complaint.

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel (ECF No. 27) is denied; and

2. Plaintiff's motion for leave to amend (ECF No. 28) is denied without prejudice.

Dated: August 30, 2018

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hume0426.lta