UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HARMON,<br><br>　　　　　　Defendants. | No. 2:18-cv-0426 JAM CKD P<br><br><br>ORDER |

　　On January 7, 2019, plaintiff filed a motion for reconsideration of the magistrate judge's December 12, 2018 denial of plaintiff's September 26, 2018 motion to compel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling is clearly erroneous or contrary to law.

　　Therefore, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (ECF No. 46) is denied.

DATED: May 17, 2019

　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE