UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARMON, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-0426 JAM CKD P<br><br><br>ORDER |

On August 1, 2019, defendant Harmon filed a motion for summary judgment. Plaintiff has not opposed the motion. Plaintiff will be ordered to file a response to the motion for summary judgment within 30 days. If plaintiff does not file a response, this action will be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Also, on August 12, 2019, plaintiff filed document titled "2nd Amended Complaint." However, plaintiff was not granted leave to amend, nor has he filed a motion explaining why leave to amend should be given. Therefore, the "2nd Amended Complaint" will be stricken.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days of the date of this order, plaintiff shall file an opposition to defendant Harmon's motion for summary judgment or a statement of non-opposition. Failure to

/////

/////

1

comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

    2. Plaintiff's August 12, 2019 "2nd Amended Complaint" is stricken.

Dated: September 9, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hume0426.46osc